Ortiz v City of New York (2024 NY Slip Op 01273)

Ortiz v City of New York

2024 NY Slip Op 01273

Decided on March 12, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: March 12, 2024

Before: Manzanet-Daniels, J.P., Moulton, Scarpulla, Pitt-Burke, O'Neill Levy, JJ. 

Index No. 805436/22 Appeal No. 1837 Case No. 2023-01670 

[*1]Elizabeth Ortiz, Respondent,
v
The City of New York et al., Respondents, New York City Housing Authority, Defendant-Appellant, University Neighborhood Housing Program Inc. et al., Defendants.

Herzfeld & Rubin, P.C., New York (Miriam Skolnik of counsel), for appellant.

Order, Supreme Court, Bronx County (Mitchell J. Danzinger, J.), entered on or about February 8, 2023, which denied the motion of defendant New York City Housing Authority (NYCHA) to dismiss the complaint as against it under CPLR 3211(a)(1) and (a)(7), unanimously reversed, on the law, without costs, and the motion granted. The Clerk is directed to enter judgment accordingly.
Plaintiff commenced this action against defendants for injuries she sustained in June 2021 she when she allegedly tripped and fell on the sidewalk in front of 263 East Tremont Avenue in the Bronx. However, the documents submitted on NYCHA's motion "conclusively refute[] the allegations that it had any role in the ownership, control, or maintenance of the . . . premises where plaintiff was allegedly injured" (Philanthrope v Papa John's Pizza, 191 AD3d 563, 563 [1st Dept 2021]; see also CPLR 3211[a][1]; Forbes v Aaron, 81 AD3d 876, 877 [2d Dept 2011]). Records of the New York City Department of Finance show that NYCHA did not own 263 East Tremont Avenue, and thus, it had no duty to maintain the adjacent sidewalk where plaintiff was injured. Among those documents is a recorded deed showing that defendant Wilton Housing Development Fund Corporation, not NYCHA, was the owner of 263 East Tremont Avenue. NYCHA also presented the City of New York Department of Environmental Protection's registration form for water and sewer billing, dated June 13, 2016, which also listed Wilton as the owner of the building.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: March 12, 2024